UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JAMES SWINT,

Plaintiff,

v.

DONALD TRUMP, et al.,

Defendants.

No. 2:26-cv-1135 DAD AC P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 3, 6)

Plaintiff, a county jail inmate proceeding *pro se*, filed this civil rights action on March 26, 2026, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 3, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a cognizable claim. (Doc. No. 3.) The magistrate judge also found that amendment would be futile in light of the nature of plaintiff's complaint. (*Id.* at 3.)

Those findings and recommendations were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (*Id.*) On April 15, 2026, plaintiff filed his objections. (Doc. No. 7.) Those objections are also incomprehensible and provide no legitimate basis upon which to decline to adopt the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The April 3, 2026 findings and recommendations (Doc. No. 3), are adopted in full;
2. Plaintiff's complaint is dismissed without leave to amend for failure to state a claim;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 6), is denied as having been rendered moot by this order of dismissal; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE